AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TRUSTEES OF THE BRICKLAYERS UNION LOCAL NO. 6 OF INDIANA PENSION FUND

TRUSTEES OF THE BRICKLAYERS UNION LOCAL NO. 6 OF INDIANA HEALTH AND WELFARE FUND
       Plaintiffs

              v.                              **Civil Action No.**   2:23cv441

ALGOZINE MASONRY RESTORATION, INC.
       Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the Plaintiff(s), Trustees of the Bricklayers Union Local No. 6 of Indiana Pension Fund and Trustees of the Bricklayers Union Local No. 6 of Indiana Health and Welfare Fund recover from the Defendant(s) Algozine Masonry Restoration, Inc. damages in the amount of **Seventy-Two Thousand Two Hundred Fifty-Eight Dollars and 54/100   ($72, 258.54)**, which includes unpaid contributions, accrued interest, audit fees, liquidated damages, attorney's fees, and filing fees.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.
   Other:

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.:

**X** decided by Judge Gretchen S. Lund on a Motion for Default Judgment.

DATE:    6/26/2024              CHANDA J. BERTA, CLERK OF COURT
                                by     s/R. Figueroa
                                        *Signature of Clerk or Deputy Clerk*